DEAN W. O'CONNOR, P.L.L.C.
2942 N 24th Street Suite 114-336
Phoenix, AZ 85016
(602) 956-9555 – Telephone
Dean@Dean-Oconnor.com –Email

Dean W. O'Connor, #011941
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re:
SUSAN SIMPSON,
    Debtor,

NEW HORIZONS ROTH 401K PROFIT SHARING PLAN, BRAD GILBERSTON AS TRUSTEE,
    Movant,
v.
SUSAN SIMPSON AND DARWIN SIMPSON, a married couple,
    Respondents.

Chapter 13 Proceeding

Case No: 2:20-bk-02088-EPB

NOTICE OF HEARING ON NOTICE OF NONCOMPLIANCE AND MOTION FOR ENTRY OF ORDER GRANTING STAY RELIEF

RE: 5320 E. THUNDER HAWK RD.
CAVE CREEK ARIZONA

TO THE DEBTORS, their creditors, and parties in interest:

**NOTICE IS GIVEN** that a Hearing is set for JANUARY 14, 2021 at 10:00AM., on **NOTICE OF NONCOMPLIANCE AND MOTION FOR ENTRY OF ORDER GRANTING STAY RELIEF.** DOCKET #108

This hearing is set to be heard before the U.S. Bankruptcy Court, on January 14, 2021 at 10:00AM. Any response must be in writing and filed 7 days before the hearing with the Clerk of the US Bankruptcy Court, with a copy to Debtor's counsel, New Horizons' counsel and the Ch 13 Trustee.

Clerk of Court- United States Bankruptcy Court

Case 2:20-bk-02088-EPB    Doc 110    Filed 12/17/20    Entered 12/17/20 17:19:09    Desc
Main Document    Page 1 of 4

230 N First Ave Suite 101, Phoenix, Az 85003-1706

NOTICE-COVID 19 REDUCING EXPOSURE TO CORONAVIRUS

In accordance with General Order 20-3, which was extended on November 10, 2020, ALL NON-EVIDENTIARY HEARINGS BEFORE JUDGE BALLINGER, THROUGH MARCH 31, 2021, WILL BE CONDUCTED TELEPHONICALLY. To make your appearance call 877-810-9415, access code 1064631, several minutes before the hearing.

**RESPECTFULLY SUBMITTED** this 17th day of December, 2020.

Dean W. O'Connor P.L.L.C.

/s/ Dean W. O'Connor
Dean W. O'Connor, Esq.
Counsel for Debtor

**CERTIFICATE OF SERVICE**

**ORIGINAL** of the foregoing filed on the 17th day of December, 2020 with:

The United States Bankruptcy Court
230 North First Avenue
Phoenix, AZ 85003

**COPIES** of the foregoing mailed on the 17th day of December, 2020, to the following parties:

All parties on attached master mailing list dated December 17, 2020.

By: /s/ Dean W. O'Connor
Dean W. O'Connor

Label Matrix for local noticing
0970-2
Case 2:20-bk-02088-EPB
District of Arizona
Phoenix
Thu Dec 17 12:07:58 MST 2020

ARIZONA DEPARTMENT OF REVENUE
2005 N Central Ave Suite 100
Phoenix, AZ 85004-1546

NEW HORIZONS 401K PROFIT SHARING PLAN
7522 E. MCDONALD DRIVE
SCOTTSDALE, AZ 85250-6011

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-0608

ARIZONA DEPARTMENT OF REVENUE
c/o Tax, Bankruptcy and Coll
2005 N Central Ave, Suite 100
Phoenix, AZ 85004-1546

BRAD GILBERTSON
7522 E MCDONALD DR
SCOTTSDALE, AZ 85250-6011

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

COLINA DEL NORTE HOMEOWNERS ASSOCIATION
THRIVE COMMUNITY MANAGEMENT
3100 W RAY RD
CHANDLER, AZ 85226-2472

Colina Del Norte Homeowners Association
c/o Goodman Holmgren Law Group, LLP
3654 N. Power Rd. Ste. 132
Mesa, Arizona 85215-9789

(p)FIRST FEDERAL CREDIT CONTROL INC
24700 CHAGRIN BLVD
SUITE 205
BEACHWOOD OH 44122-5662

JPMorgan Chase Bank, National Association
Seventh Floor Camelback Esplanade II
2525 E. Camelback Rd,
Phoenix, AZ 85016-4219

NEW HORIZON 401(K) PROFIT SHARING PLAN FBO B
GILBERTSON, TRUSTEE
7522 E. MCDONALD DR
SCOTTSDALE, AZ 85250-6011

NEW HORIZONS 401(K) PROFIT SHARING PLAN FBO
BRAD GILBERTSON
7522 E. MCDONALD DR
SCOTTSDALE, AZ 85250-6011

TRU STAR MANAGEMENT SOLUTIONS
3100 W RAY RD
CHANDLER, AZ 85226-2470

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003-1725

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

Clint N. Goodman
Goodman Law Group LLP
3654 N. Power Rd. Suite 132
Mesa, AZ 85215-9789

EDWARD J. MANEY
101 N. FIRST AVE., SUITE 1775
PHOENIX, AZ 85003-1927

GARY R. STICKELL
ATTORNEY AT LAW, P.C.
301 E. BETHANY HOME ROAD
SUITE B100
PHOENIX, AZ 85012-1259

SUSAN SIMPSON
5320 E. THUNDER HAWK RD
CAVE CREEK, AZ 85331-5594

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CHASE
PO BOX 182613
COLUMBUS, OH 43218

FIRST FEDERAL CREDIT CONTROL
24700 CHAGRIN BLVD
BEACHWOOD, OH 44122

(d)FIRST FEDERAL CREDIT CONTROL
24700 CHAGRIN BLVD
SUITE 205
BEACHWOOD, OH 44122

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, National Association

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    20
Bypassed recipients     2
Total                  22