Dean W. O'Connor PLLC
2942 N 24th Street Suite 114-336
Phoenix, AZ 85016
602-956-9555
Dean@dean-oconnor.com
Dean W. O'Connor # 011941
Attorney for New Horizon

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In Re:

SUSAN SIMPSON,

Debtor,

NEW HORIZONS ROTH 401K PROFIT SHARING PLAN, BRAD GILBERSTON AS TRUSTEE,

Movant,

v.

SUSAN SIMPSON AND DARWIN SIMPSON, a married couple,

Respondents.

Chapter 13 Proceeding

Case No: 2:20-bk-02088-EPB

REPLY IN SUPPORT OF NOTICE OF NON-COMPLIANCE AND MOTION FOR ENTRY OF ORDER GRATING STAY RELIEF

RE: 5320 E. THUNDER HAWK RD. CAVE CREEK ARIZONA

New Horizons, through undersigned counsel, makes this Reply in Support of its Notice of Noncompliance by the Debtor to submit proof of the regular monthly December 2020 payment to Chase Bank the first lienholder on Debtor's residence, to New Horizon's counsel, as agreed and instructed to do, in open court at the December 15, 2020 hearing on the CH 13 Trustee's Motion to Dismiss. New Horizon makes this Reply in support of its Motion for Entry of Order granting stay relief.

I. <u>In the Debtor's Response filed Jan 13, 2021, Debtor admits the Dec 1, 2020 payment to Chase Bank was not paid until Dec 31, 2020, and she is behind and has not paid Nov. 2020 and Jan 2021.</u>

At the hearing on December 15, 2020, the Court required Mr. Stickel as Debtor's counsel to submit proof of the Dec. 2020 regular monthly payment to New Horizons by Dec. 16, 2020.

Debtor failed to comply and produce evidence of the December, 2020 payment to Chase Bank, as agreed to in open court by close of business on Dec. 16, 2020.

On January 13, 2021 Debtor filed her Response to New Horizon's Certification of Noncompliance and Request for Stay relief. In her response the Debtor admits she didn't make the Dec 2020 regular monthly payment to Chase Bank, until Dec 31, 2020, 30 days past the due date. Debtor also in her response states despite the agreement to make payments timely directly to Chase, in violation of that agreement she hasn't made two of the regular monthly payments to Chase Bank, having failed to make the Nov. 2020 payment ( over 70 days now late) and hasn't made the January 2021 payment to Chase. Late fees and other penalties are accruing on both payments she has failed to timely pay.

II. Motion for Entry of Order granting Stay Relief.

Debtor in a Ch 13 case, to retain her residence must timely pay all post-petition payments on any mortgages. Debtor now admits she has failed to timely pay all payments to Chase Bank. Also the Oct 2020 payment, was paid late. Payments are due on the 1st of each month. Also the October 2020 payment was paid after Oct. 15, 2020.

Debtor in her Response to New Horizon's Motion to enter an order granting stay relief, claims she has a government contract, that will enable her to pay the Nov 2020 and Jan 2021 payments by Jan 19, 2021. However the Debtor hasn't listed on her schedules or elsewhere stated she has a business, nor has she supplied evidence of a government contract. She has

stated before she is working for a roofing company. She presents no proof of the contract. Her bank statement supplied to New Horizon's counsel and counsel for the ch 13 trustee, shows as of 1/13/2021 an available balance of only $983.11, in her Chase Bank account.

Based on the Debtor's failure to keep all payments to Chase Bank current post petition, and failing to comply as directed by the Court to show evidence of the December 1, 2020 payment made to Chase by Dec 16, 2020, this Court must enter an order granting stay relief. A proposed order granting Stay Relief has been filed.

WHEREFORE, New Horizons requests for an order granting stay relief be granted, because of Debtor's noncompliance of timely payments post-petition to Chase Bank.

**RESPECTFULLY SUBMITTED** this 13th day of January, 2021.

> **DEAN W. O'CONNOR, P.L.L.C.**
> By: /s/ Dean W. O'Connor
> Dean W. O'Connor
> Attorney for New Horizons

## CERTIFICATE OF SERVICE

**ORIGINAL** of the foregoing e-filed this 13th day of January, 2021, with the Clerk of the Bankruptcy Court

and a COPY was emailed and mailed to:

Gary Stickell
301 W. Bethany Home Rd Suite B100
Phoenix, AZ 85012

Ross Mumme
Edward Maney Ch 13 Trustee
101 N Central Ave Suite 1775
PHOENIX, AZ 85003

By: Dean W. O'Connor