Dean W. O'Connor, P.L.L.C.
2942 N 24ᵀʰ Street Suite 114-336
Phoenix, Arizona 85016
(602)956-9555 – Telephone
Dean@Dean-O'Connor.com

Dean W. O'Connor, Esq. Bar#011941
Counsel for New Horizons

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE STATE OF ARIZONA

| | |
|---|---|
| In re:<br>Susan Simpson,<br><br>          Debtor. | CH 13 PROCEEDING<br><br>CASE NO. 2:20-bk-02088 EPB<br><br>**NOTICE OF LODGING ORDER GRANTING APPLICATION FOR PRODUCTION OF DOCUMENTS AND ORAL EXAMINATION PURSUANT TO F.R.B.P. 2004** |

**NOTICE IS HEREBY GIVEN**, Dean W. O'Connor, Esq. has lodged a form of Order, a copy of which is attached hereto, **ORDER GRANTING APPLICATION FOR PRODUCTION OF DOCUMENTS AND ORAL EXAMINATION PURSUANT TO F.R.B.P. 2004**

This Order is lodged pursuant to the terms as required by Local Rule 9022-1, Judgments Orders Procedure, of the Court, which was noticed out to all parties in and the other noticing and procedural requirements as required by the Bankruptcy Code and Local Rules.

**RESPECTFULLY SUBMITTED** this 29ᵗʰ day of January, 2021.

                                            Dean W. O'Connor, P.L.L.C.

                                            */s/Dean W. O'Connor*
                                            Dean W. O'Connor, Esq.
                                            Counsel for New Horizons

## CERTIFICATE OF SERVICE

ORIGINAL of the foregoing filed ECF on this 29th day of January, 2021, to:

US Bankruptcy Court for the District of Arizona
230 N 1st Ave Suite 100
Phoenix, AZ 85003

COPY of the foregoing mailed on this 29th day of January, 2021, to:

**U.S Trustee**
Office of the U.S Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

All parties on the attached master mailing list dated 1/29/21+++

By: /s/Dean W. O'Connor
      Dean W. O'Connor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:
Susan Simpson,

      Debtor.

CH 13 PROCEEDING

CASE NO. 2:20-bk-02088 EPB

**ORDER GRANTING APPLICATION FOR PRODUCTION OF DOCUMENTS AND ORAL EXAMINATION PURSUANT TO F.R.B.P. 2004**

The Creditor New Horizons, by and through undersigned counsel, having filed an Application for Production of Documents and Oral Examination Pursuant to F.R.B.P. 2004, and good cause appearing;

**IT IS HEREBY ORDERED** granting the New Horizon's Application for Production of Documents and Oral Examination Pursuant to F.R.B.P. 2004;

**IT IS FURTHER ORDERED** directing Debtor Susan Simpson to produce documents requested and to appear at the offices of Dean W. O'Connor, P.L.L.C., 2942 N 24th Street Suite 14-336 Phoenix, AZ for an oral examination which will be electronically recorded, to be scheduled on a date and time agreeable to the parties or, if upon notice, after not less than 14 days prior notice.

**SIGNED AND DATED ABOVE**

Label Matrix for local noticing
0970-2
Case 2:20-bk-02088-EPB
District of Arizona
Phoenix
Fri Jan 29 15:43:44 MST 2021

ARIZONA DEPARTMENT OF REVENUE
2005 N Central Ave Suite 100
Phoenix, AZ 85004-1546

NEW HORIZONS 401K PROFIT SHARING PLAN
7522 E. MCDONALD DRIVE
SCOTTSDALE, AZ 85250-6011

GA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-0608

ARIZONA DEPARTMENT OF REVENUE
c/o Tax, Bankruptcy and Coll
2005 N Central Ave, Suite 100
Phoenix, AZ 85004-1546

BRAD GILBERTSON
7522 E MCDONALD DR
SCOTTSDALE, AZ 85250-6011

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

COLINA DEL NORTE HOMEOWNERS ASSOCIATION
THRIVE COMMUNITY MANAGEMENT
3100 W RAY RD
CHANDLER, AZ 85226-2472

Colina Del Norte Homeowners Association
c/o Goodman Holmgren Law Group, LLP
3654 N. Power Rd. Ste. 132
Mesa, Arizona 85215-9789

(p)FIRST FEDERAL CREDIT CONTROL INC
24700 CHAGRIN BLVD
SUITE 205
BEACHWOOD OH 44122-5662

JPMorgan Chase Bank, National Association
Seventh Floor Camelback Esplanade II
2525 E. Camelback Rd,
Phoenix, AZ 85016-4219

NEW HORIZON 401(K) PROFIT SHARING PLAN FBO B
GILBERTSON, TRUSTEE
7522 E. MCDONALD DR
SCOTTSDALE, AZ 85250-6011

NEW HORIZONS 401(K) PROFIT SHARING PLAN FBO
BRAD GILBERTSON
7522 E. MCDONALD DR
SCOTTSDALE, AZ 85250-6011

TRU STAR MANAGEMENT SOLUTIONS
3100 W RAY RD
CHANDLER, AZ 85226-2470

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003-1725

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

Clint N. Goodman
Goodman Law Group LLP
3654 N. Power Rd. Suite 132
Mesa, AZ 85215-9789

EDWARD J. MANEY
101 N. FIRST AVE., SUITE 1775
PHOENIX, AZ 85003-1927

GARY R. STICKELL
ATTORNEY AT LAW, P.C.
301 E. BETHANY HOME ROAD
SUITE B100
PHOENIX, AZ 85012-1259

SUSAN SIMPSON
5320 E. THUNDER HAWK RD
CAVE CREEK, AZ 85331-5594

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CHASE
PO BOX 182613
COLUMBUS, OH 43218

FIRST FEDERAL CREDIT CONTROL
24700 CHAGRIN BLVD
BEACHWOOD, OH 44122

(d)FIRST FEDERAL CREDIT CONTROL
24700 CHAGRIN BLVD
SUITE 205
BEACHWOOD, OH 44122

u)JPMorgan Chase Bank, National Association

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients   20
Bypassed recipients    2
Total                 22

u)JPMorgan Chase Bank, National Association

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021