SO ORDERED.

Dated: February 2, 2021

Eddward P. Ballinger Jr., Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:
Susan Simpson,

    Debtor.

CH 13 PROCEEDING

CASE NO. 2:20-bk-02088 EPB

**ORDER GRANTING APPLICATION FOR PRODUCTION OF DOCUMENTS AND ORAL EXAMINATION PURSUANT TO F.R.B.P. 2004**
    **AS AMENDED BY THE COURT**

The Creditor New Horizons, by and through undersigned counsel, having filed an Application for Production of Documents and Oral Examination Pursuant to F.R.B.P. 2004, and good cause appearing;

**IT IS HEREBY ORDERED** granting the New Horizon's Application for Production of Documents and Oral Examination Pursuant to F.R.B.P. 2004;

**IT IS FURTHER ORDERED** directing Debtor Susan Simpson to produce documents requested and to appear at the offices of Dean W. O'Connor, P.L.L.C., 2942 N 24th Street Suite 14-336 Phoenix, AZ for an oral examination which will be electronically recorded, to be scheduled on a date and time agreeable to the parties or, if upon notice, after not less than ~~14~~ 21 days prior notice.

**SIGNED AND DATED ABOVE**

55015-00000.21