SO ORDERED.

Dated: February 8, 2021

Eddward P. Ballinger Jr., Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In Re:** | **Chapter 13 Proceeding** |
| **SUSAN SIMPSON,** | **Case No: 2:20-bk-02088-EPB** |
| Debtor, | **ORDER GRANTING DEBTOR'S MOTION TO WAIVE CONDUIT PAYMENTS UPON STIPULATION** |

Upon stipulation of New Horizons Roth 401K Profit Sharing Plan, Brad Gilbertson as Trustee ("New Horizons"), Edward J. Maney, Chapter 13 Trustee and Debtor Susan Simpson ("Simpson") and good cause shown,

IT IS ORDER GRANTING Debtor's Motion to Waive Conduit Payments as to New Horizons [Docket #93] under the following terms and conditions:

1. Trustee made six post-petition payments to New Horizons.
2. The parties agree that the Debtor is entitled to waiver of three (3) conduit payments.
3. The missed conduit payments shall be paid as part of the Proof of Claim, alongside prepetition arrears.

**DATED AND SIGNED ABOVE**