SO ORDERED.

Dated: February 8, 2021

Eddward P. Ballinger Jr., Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>SUSAN SIMPSON,<br><br>　　　　　Debtor,<br>_____<br><br>NEW HORIZONS ROTH 401K PROFIT SHARING PLAN, BRAD GILBERSTON AS TRUSTEE,<br><br>　　　　　Movant,<br><br>v.<br><br>SUSAN SIMPSON AND DARWIN SIMPSON, a married couple,<br><br>　　　　　Respondents. | Chapter 13 Proceeding<br><br>Case No: 2:20-bk-02088-EPB<br><br>ORDER AS TO NEW HORIZON'S MOTION TO LIFT AUTOMATIC BANKRUPTCY STAY OR REQUEST FOR ADEQUATE PROTECTION<br><br>AND<br><br>ORDER AS TO ALLOWANCE OF NEW HORIZON'S PROOF OF CLAIM<br><br>AS AMENDED BY THE COURT<br><br>RE:  5320 E. THUNDER HAWK RD.<br><br>　　CAVE CREEK ARIZONA |

Upon the Stipulation of Movant New Horizons Roth 401K Profit Sharing Plan, Brad Gilbertson as Trustee ("New Horizons"), and Debtor Susan Simpson "Simpson"), by and through their respective attorneys and good cause shown,

**Recitals**

1. This Stipulation concerns the real property at 5320 E. Thunder Hawk Road, Cave Creek, Arizona which is Debtor's Residence ("the Residence").

2. New Horizons filed a Motion to Lift the Automatic Bankruptcy Stay or Request for Adequate for Protection. [Docket # 40].

3. Debtor objected to New Horizons' Proof of Claim on July 1, 2020. [Docket #52].

**IT IS ORDERED as to New Horizon's Motion to Lift Automatic Bankruptcy Stay or Request for Adequate Protection as follows:**

1. Debtor Susan Simpson will make the regular post-petition payment due to New Horizons commencing September 1, 2020 as a conduit payment through the Chapter 13 Trustee in this case. Debtor shall remain current all post-petition payments as of September 1, 2020. Missed post-petition payments shall be made through the Chapter 13 Plan as part of the Proof of Claim of New Horizons as described below.

2. Debtor Susan Simpson will make the regular post-petition payment due to Chase commencing February 1, 2020 as a conduit payment through the Chapter 13 Trustee in this case.

3. Upon request of New Horizons, Debtor shall provide proof of making post-petition payments to Chase

4. Should the Debtor fail to timely perform any of the obligations set forth in this Stipulation, Movant ~~may~~ **shall** notify Debtor and their counsel of the default in writing. Debtor shall have ten (10) calendar days from the date of the written notification to cure the default and to pay an additional $100.00 for attorneys' fees for each

1  occurrence. An additional $175.00 will also be due if court certification of the default **is**

2  required.

3      5. Should the Debtor fail to timely cure the default or in the event that Debtor's

4  case is converted to a Chapter 7 case, Movant may file a Declaration of Default and

5  lodge ~~an~~ **a proposed** Order Terminating the Automatic Stay. The Order may be entered without

6  further hearing or proceeding. The automatic stay may be immediately terminated and

7  extinguished for all purposes as to Movant and Movant may proceed with ~~any~~ **valid legal** state

8  law remedies available to Movant, ~~including but not limited to foreclosure and forcible~~

9  ~~entry and detainer, pursuant to applicable state law without further Court order or~~

10 ~~proceeding being necessary.~~

**IT IS FURTHER ORDERED as to New Horizons' Proof of Claim as follows:**

New Horizons' Proof of Claim shall be treated as secured in the amount of $70,000.00, which includes pre-petition and post-petition arrearages due to New Horizons through the date of this Stipulation, and also this amount includes by agreement, all default interest, late fees and New Horizons' attorney's fees and costs, due to the date of this stipulation, post-petition. As long as all terms of this stipulation are complied with, the $70,000.00 will apply and be paid under the Debtor's confirmed Chapter 13 plan. If Debtor defaults and stay relief is granted or if the case is converted as set forth herein, this agreement for treatment of New Horizons' proof ~~or~~ **of** claim will become null and void and the original payment terms of the loan and loan documents will again apply as if the bankruptcy was never filed.

**DATED AND SIGNED ABOVE**