# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | SUSAN SIMPSON |
| **Case Number:** | 2:20-BK-02088-EPB    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 31, 2021 10:00 AM   VIDEO CONF HRGS |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. |
| **Courtroom Clerk:** | JENNIFER LOWRY |
| **Reporter / ECR:** | KAYLA COLASONT |

## Matter:

TRIAL ON OBJECTION TO DEBTOR'S FOURTH AMENDED CHAPTER 13 PLAN REGARDING FEASIBILITY FILED BY NEW HORIZONS ROTH 401K PROFIT SHARING PLAN, BRAD GILBERTSON AS TRUSTEE

R / M #:    98 / 0

## Appearances:

GARY R. STICKELL, ATTORNEY FOR SUSAN SIMPSON
DEAN O'CONNOR, ATTORNEY FOR NEW HORIZONS 401K PROFIT SHARING PLAN

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...　　2:20-BK-02088-EPB　　　　　　　WEDNESDAY, MARCH 31, 2021 10:00 AM

## *Proceedings:*

Mr. O'Connor informs the Court that the parties waive objections to the exhibits.

The Court discusses Mr. Stickell's comments made at the prior hearing.

Mr. Stickell replies that an additional amended plan has been filed. He informs the Court that a Notice of Request for Mortgage Forbearance was filed at docket entry 151. Mr. Stickell presents Exhibit D.

Mr. O'Connor indicates that he stipulates to the admission of Exhibit D. His client would like to move forward with trial.

The Court states that it is difficult to rule on a plan it has not had a chance to review.

Mr. Stickell reviews the changes made in the Fifth Amended Plan.

**BECKY YOUNG** is called as a witness. Ms. Young is sworn in by the Courtroom Clerk and Mr. O'Connor conducts direct examination.


COURT: IT IS ORDERED CONTINUING THE TRIAL TO WEDNESDAY, APRIL 7, 2021 AT 11:00 AM.
THE PARTIES SHALL CONNECT USING THE FOLLOWING ZOOM CONNECTION INFORMATION:

<https://www.zoomgov.com/j/1609974784?pwd=ZEwxSzJQTzlMTDRid3VJd0Z6b2VTZz09>
Meeting ID: 160 997 4784
Passcode: 699155

MS. YOUNG SHALL CONTACT THE COURTROOM DEPUTY PRIOR TO THE CONTINUED TRIAL DATE TO TEST HER INTERNET CONNECTION.

IT IS FURTHER ORDERED DIRECTING MR. STICKELL AND MR. O'CONNOR TO AMEND THE CURRENT PRE-TRIAL STATEMENT AND HAVE IT ON FILE NO LATER THAN FRIDAY, APRIL 2, 2021.

MR. STICKELL IS NOT PERMITTED TO FILE AN ADDITIONAL AMENDMENT TO THE PLAN WITHOUT PRIOR COURT ORDER.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...   2:20-BK-02088-EPB           WEDNESDAY, MARCH 31, 2021 10:00 AM