# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SUSAN SIMPSON | | |
| **Case Number:** | 2:20-BK-02088-EPB | **Chapter:** | 13 |
| **Date / Time / Room:** | WEDNESDAY, APRIL 07, 2021 11:00 AM   VIDEO CONF HRGS | | |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. | | |
| **Courtroom Clerk:** | | | |
| **Reporter / ECR:** | N/A | | |

### Matter:

CONTINUED TRIAL ON OBJECTION TO DEBTOR'S FOURTH AMENDED CHAPTER 13 PLAN REGARDING FEASIBILITY FILED BY NEW HORIZONS ROTH 401K PROFIT SHARING PLAN, BRAD GILBERTSON AS TRUSTEE

R / M #:   98 / 0

   VACATED:   CONTINUED TO APRIL 28, 2021 AT 10:00 AM

### Appearances:

NONE

### Proceedings:

VACATED: CONTINUED TO APRIL 28, 2021 AT 10:00 AM. ZOOM INFORMATION IS AS FOLLOWS:

<https://www.zoomgov.com/j/1609974784?pwd=ZEwxSzJQTzlMTDRid3VJd0Z6b2VTZz09>

Meeting ID: 160 997 4784

Passcode: 699155