Dean W. O'Connor PLLC
2942 N 24th Street Suite 114-336
Phoenix, AZ 85016
602-956-9555
Dean@dean-oconnor.com
Dean W. O'Connor # 011941
Attorney for New Horizon

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In Re:

SUSAN SIMPSON,

Debtor,

NEW HORIZONS ROTH 401K PROFIT SHARING PLAN, BRAD GILBERSTON AS TRUSTEE,

Movant,

v.

SUSAN SIMPSON AND DARWIN SIMPSON, a married couple,

Respondents.

Chapter 13 Proceeding

Case No: 2:20-bk-02088-EPB

NOTICE OF DEFAULT

Re 5320 E. THUNDERHAWK RD

CAVE CREEK, ARIZONA

New Horizons files this Notice of Default by Debtor. A letter was sent to Debtor's counsel via email on June 7, 2021 informing the Debtor and her counsel of the default in required payments required to Chase Bank and plan payments under the order and stipulations filed in this case. See attached Exhibit A.

RESPECTFULLY SUBMITTED this 7th day of June, 2021.

DEAN W. O'CONNOR, P.L.L.C.
By: /s/ Dean W. O'Connor
Dean W. O'Connor
Attorney for New Horizons

## CERTIFICATE OF SERVICE

**ORIGINAL** of the foregoing efiled on June 7, 2021 with:

The US Bankruptcy Court

230 N Central Ave

Phoenix, Az 85003

and a COPY was emailed and mailed on June 7, 2021 to:

Gary R. Stickell
Gary R. Stickell, Attoney at Law PC
301 E Bethany Home Suite B100
Phoenix, Az 85012

By:<u>Dean W. O'Connor</u>

# DEAN W. O'CONNOR, P.L.L.C.
ATTORNEY AT LAW
2942 N 24TH Street Suite 114-336
PHOENIX, ARIZONA 85016

DEAN W. O'CONNOR

PHONE (602) 956-9555

E-MAIL dean@dean-oconnor.com

June 7, 2021

Gary Stickell
301 W. Bethany Home Rd Suite B100
Phoenix, AZ 85012

NOTICE OF DEFAULT: Susan Simpson 2:20-bk-02088 EPB

Mr. Stickell:

Based on the records and information received, the Debtor Susan Simpson is in Default under the order as to New Horizons' Motion to Lift Automatic Stay or Request for Adequate Protection dated February 8, 2021. The conduit payment for Chase Bank to the Trustee was not paid as ordered with the Debtor to make "post petition payments commencing February 1, 2021 through the Ch 13 Trustee". Also the Debtor made no plan payment as required under her plan for June 1, 2021

The failure to make conduit payments and failure to make plan payments is a default and is prejudicial to New Horizons since lack of payments undermines and weakens New Horizons' 2nd lien on the Debtor's residence.

The above Default must be cured within 10 days pursuant to the order of the court. Please show the receipts and proof of the conduit payments as ordered by the Court to be made for June 1, 2021 and the plan payment for June 1, 2021, to avoid the lodging of an order lifting the automatic stay.

Please contact me if you have questions.

Yours very truly,

/s/ Dean W. O'Connor
Dean W. O'Connor

# Account Ledger



Case **2002088**   Debtor1 **SUSAN SIMPSON**   Trustee **MANEY, EDWARD (PHOENIX, AZ)**

Filter By    All Claims     All Payees     All Transactions     All Time

| DATE PAID ▼ | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 06/01/2021 | 0061 | 0676024 | EVERGREEN ESCROW INC. | DISBURSEMENT CHECK (PRINCIPAL) | -$714.83 |
| 05/03/2021 | 0061 | 0675171 | EVERGREEN ESCROW INC. | DISBURSEMENT CHECK (PRINCIPAL) | -$714.83 |
| 05/03/2021 | | 0000000 | EDWARD MANEY, CHAPTER 13 TRUSTEE | DISBURSEMENT CHECK (PRINCIPAL) | -$130.65 |
| 05/03/2021 | | | N/A | ELECTRONIC PAYMENT | $2010.00 |
| 04/02/2021 | | | N/A | ELECTRONIC PAYMENT | $2010.00 |
| 04/02/2021 | | 0000000 | EDWARD MANEY, CHAPTER 13 TRUSTEE | DISBURSEMENT CHECK (PRINCIPAL) | -$130.65 |
| 04/01/2021 | 0061 | 0674292 | EVERGREEN ESCROW INC. | DISBURSEMENT CHECK (PRINCIPAL) | -$714.83 |
| 03/02/2021 | | 0000000 | EDWARD MANEY, CHAPTER 13 TRUSTEE | DISBURSEMENT CHECK (PRINCIPAL) | -$264.52 |
| 03/02/2021 | | | N/A | ELECTRONIC PAYMENT | $4069.50 |
| 03/01/2021 | 0011 | 100003247 | JP MORGAN CHASE BANK, N.A. | DISBURSEMENT CHECK (PRINCIPAL) | -$1871.50 |
| 03/01/2021 | 0011 | 100003247 | JP MORGAN CHASE BANK, N.A. | DISBURSEMENT CHECK (PRINCIPAL) | -$1871.50 |
| 03/01/2021 | 0061 | 0673385 | EVERGREEN ESCROW INC. | DISBURSEMENT CHECK (PRINCIPAL) | -$714.83 |
| 02/04/2021 | | 0000000 | EDWARD MANEY, CHAPTER 13 TRUSTEE | DISBURSEMENT CHECK (PRINCIPAL) | -$130.65 |
| 02/04/2021 | | | N/A | ELECTRONIC PAYMENT | $2010.00 |
| 02/01/2021 | 0061 | 0672537 | EVERGREEN ESCROW INC. | DISBURSEMENT CHECK (PRINCIPAL) | -$714.83 |
| 01/12/2021 | | 0000000 | EDWARD MANEY, CHAPTER 13 TRUSTEE | DISBURSEMENT CHECK (PRINCIPAL) | -$143.65 |
| 01/12/2021 | | | N/A | ELECTRONIC PAYMENT | $2210.00 |
| 01/04/2021 | 0061 | 0671689 | EVERGREEN ESCROW INC. | DISBURSEMENT CHECK (PRINCIPAL) | -$714.83 |
| 01/04/2021 | 0061 | 0671689 | EVERGREEN ESCROW INC. | DISBURSEMENT CHECK (PRINCIPAL) | -$714.83 |
| 12/02/2020 | | 0000000 | EDWARD MANEY, CHAPTER 13 TRUSTEE | DISBURSEMENT CHECK (PRINCIPAL) | -$143.71 |
| 12/02/2020 | | | N/A | ELECTRONIC PAYMENT | $2211.00 |
| 11/09/2020 | | | N/A | TFS PAYMENT | $2211.00 |
| 11/09/2020 | | 0000000 | EDWARD MANEY, CHAPTER 13 TRUSTEE | DISBURSEMENT CHECK (PRINCIPAL) | -$143.71 |
| 11/02/2020 | 0061 | 0669976 | EVERGREEN ESCROW INC. | DISBURSEMENT CHECK (PRINCIPAL) | -$714.83 |
| 10/08/2020 | | 0000000 | EDWARD MANEY, CHAPTER 13 TRUSTEE | DISBURSEMENT CHECK (PRINCIPAL) | -$51.02 |
| 10/08/2020 | | | N/A | TFS PAYMENT | $785.00 |

| DATE PAID ▼ | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 10/01/2020 | 0061 | 0669119 | EVERGREEN ESCROW INC. | DISBURSEMENT CHECK (PRINCIPAL) | -$714.83 |
| 09/01/2020 | 0061 | 0668235 | EVERGREEN ESCROW INC. | DISBURSEMENT CHECK (PRINCIPAL) | -$714.83 |
| 09/01/2020 | 0011 | 100003000 | JP MORGAN CHASE BANK, N.A. | DISBURSEMENT CHECK (PRINCIPAL) | -$1871.50 |
| 08/06/2020 | | | N/A | TFS PAYMENT | $1995.00 |
| 08/06/2020 | | 0000000 | EDWARD MANEY, CHAPTER 13 TRUSTEE | DISBURSEMENT CHECK (PRINCIPAL) | -$129.67 |
| 08/03/2020 | 0011 | 100002959 | JP MORGAN CHASE BANK, N.A. | DISBURSEMENT CHECK (PRINCIPAL) | -$1871.50 |
| 07/07/2020 | | | N/A | TFS PAYMENT | $1995.00 |
| 07/07/2020 | | 0000000 | EDWARD MANEY, CHAPTER 13 TRUSTEE | DISBURSEMENT CHECK (PRINCIPAL) | -$129.67 |
| 07/01/2020 | 0011 | 100002916 | JP MORGAN CHASE BANK, N.A. | DISBURSEMENT CHECK (PRINCIPAL) | -$1871.50 |
| 06/08/2020 | | | N/A | TFS PAYMENT | $1995.00 |
| 06/08/2020 | | 0000000 | EDWARD MANEY, CHAPTER 13 TRUSTEE | DISBURSEMENT CHECK (PRINCIPAL) | -$129.67 |
| 05/07/2020 | | 0000000 | EDWARD MANEY, CHAPTER 13 TRUSTEE | DISBURSEMENT CHECK (PRINCIPAL) | -$129.67 |
| 05/07/2020 | | | N/A | TFS PAYMENT | $1995.00 |