Gary R. Stickell (AZ Bar #007512)
301 E. Bethany Home Road, Suite B100
Phoenix, Arizona 85012
(602) 266-2622
Email: gstickell@garystickell.net
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** | **Chapter 13 Proceeding** |
| **SUSAN SIMPSON,** | **No. 2:20-bk-02088 EPB** |
| **Debtor.** | **STIPULATION ON JPMORGAN CHASE BANK'S OBJECTION TO FIFTH MODIFIED CHAPTER 13 PLAN** |

Debtor, by and through her Attorney, and JPMorgan Chase Bank ("Chase"), by its attorneys, hereby stipulate to the following resolution of Chase's Objection to Debtor's Fifth Modified Chapter 13 Plan.

(1) Chase confirms that it has agreed to a forbearance on Debtor's payments to Chase for six months ending July 31, 2021. Debtor is to resume making regular monthly payments to Chase via conduit payment to the Chapter 13 Trustee commencing as of August 1, 2021.

(2) At the end of the payment assistance period of July 31, 2021, Debtor will need to seek a deferral the missed payments to the end of the loan serviced by Chase or Debtor will need to seek a Loan Modification to cover the missed payments.

(3) Should Debtor fail to reach an agreement with Chase regarding the deferral of the forborne payments, Debtor must either cure the payments at the end of the forbearance or amend the Plan to include the forborne payments to be paid within the Plan.

1

(4) Chase takes no position as to whether it will grant a deferral or Loan Modification.

Date: <u>June 14, 2021</u>

***GARY R. STICKELL,***
***Attorney At Law***

By:<u> G.R.S. #7512</u>
      Gary R. Stickell
       Attorney for Debtor

**TIFFANY & BOSCO, P.A.**

By <u> /s/LJM #014228</u>
    Leonard McDonald
    Attorney for JPMorgan Chase

Original filed with Clerk
June 14, 2021

by:<u> G.R.S. #7512</u>

2