Gary R. Stickell (AZ Bar #007512)
301 E. Bethany Home Road, Suite B100
Phoenix, Arizona 85012
(602) 266-2622
Email: gstickell@garystickell.net
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| **In re:** | **Chapter 13 Proceeding** |
|---|---|
| **SUSAN SIMPSON,** | **No. 2:20-bk-02088 EPB** |
| Debtor. | |
| **NEW HORIZONS ROTH 401K PROFIT SHARING PLAN, BRAD GILBERSTON AS TRUSTEE,** | **OBJECTION TO NOTICE OF DEFAULT** |
| Movant, | |
| v. | **RE: 5320 E. THUNDER HAWK RD. CAVE CREEK ARIZONA** |
| **SUSAN SIMPSON AND DARWIN SIMPSON, a married couple,** | |
| Respondents. | |

Debtor objects to the Notice of Default filed by Movant New Horizons Roth 401k Profit Sharing Plan, Brad Gilbertson as Trustee for the reason that Debtor is in a forbearance with Chase Bank. Movant and its Attorney are well aware of this. The Notice of Default is filed in bad faith and both Movant and its Movant's attorney should be sanctioned in the amount of Debtor's Attorney Fees in bringing this Objection.

1

| | | |
|---|---|---|
| 1 | DATED: June 14, 2021 | |
| 2 | | GARY R. STICKELL, ATTORNEY AT LAW |
| 3 | | |
| 4 | | By: G.R.S. #7512<br>Attorney for Debtor |

**Original** Electronically filed June 14, 2021

Copy served June 14, 2021 by ECF

Edward J. Maney
Chapter 13 Trustee
101 N. First Ave., Suite 1775
Phoenix, Arizona 85003
Chapter 13 Trustee

Dean W. O'Connor PLLC
2942 N 24th Street Suite 114-336
Phoenix, AZ 85016
Attorney for New Horizon

by: G.R.S. #7512

2