Scott W. Hyder (AZ Bar No. 017282)
**LAW OFFICE OF SCOTT W. HYDER PLC**
3420 East Shea Blvd., Ste. 200
Phoenix, Arizona 85028
Phone: (602) 923-7370
Fax: (602) 795-6010
E-mail: shyder@scotthyderlaw.com
Attorney for Debtor Susan Simpson

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SUSAN SIMPSON,<br><br>        Debtor | CHAPTER 13<br><br>Case No. 2:20-bk-02088-EPB<br><br>**NOTICE OF HEARING ON DEBTOR'S OBJECTION TO NEW HORIZONS' PROOF OF CLAIM NO. 5, AS AMENDED [DE ## 52, 60, 85]**<br><br>Date: Tuesday, July 13, 2021<br>Time: 10:00 a.m.<br>Via Telephonically: (877) 810-9415.<br>Access Code: 1064631 |

NOTICE IS HEREBY GIVEN that on May 11, 2020, Creditor New Horizons 401(k) Profit Sharing Plan FBO Brad A. Gilbertson, Trustee, filed Proof of Claim No. 5, which it amended on September 14, 2020 as Proof of Claim No. 5-2. On July 1, 2020, Debtor Susan Simpson filed an Objection to Claim 5 [DE #52] (the "Objection"). On July 21, 2020, New Horizons filed a Response to the Objection [DE #60], and on September 9, 2020, Ms. Simpson filed a reply in support of the Objection [DE #85].

NOTICE IS FURTHER GIVEN THAT a hearing on the Objection is set to be heard **on Tuesday, July 13, 2021 at 10:00 a.m.** by the Honorable Eddward P. Ballinger, Jr., United States

Bankruptcy Judge, at the United States Bankruptcy Court located at 230 North First Avenue, Courtroom No. 703, Phoenix, Arizona 85003.

NOTICE IS FURTHER GIVEN THAT **the aforementioned hearing will be held telephonically**. Any interested party is to appear via telephone by calling (877) 810-9415. The access code is 1064631.

**RESPECTFULLY SUBMITTED** this 6th day of July, 2021.

**LAW OFFICE OF SCOTT W. HYDER, PLC**

By: /s/ Scott W. Hyder, AZ Bar No. 017282
Scott W. Hyder
Attorney for Debtor

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Clerk of the Court this 6th day of July, 2021 via ECF and that a copy of the foregoing was served via receipt of the Notice of Electronic Filing pursuant to Local Rule 9076-1 and via electronic mail, addressed to the following party:

Dean W. O'Connor
Dean W. O'Connor, PLLC
2942 N. 24th Street, Ste. 114-336
Phoenix, AZ 85016
Sent via email only:
Dean@dean-oconnor.com

Ross Mumme
Counsel Chapter 13 Trustee Edward J. Maney
101 North First Avenue, Ste. 1775
Phoenix, Arizona 85003
Sent via email only:
rmumme@maney13trustee.com

Elizabeth C. Amorosi
Office of the United States Trustee
230 North First Avenue, Ste. 204
Phoenix, Arizona 85003-1706
Sent via email only:
Elizabeth.C.Amorosi@usdoj.gov

/s/ Scott W. Hyder