# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** SUSAN SIMPSON
**Case Number:** 2:20-BK-02088-EPB  **Chapter:** 13
**Date / Time / Room:** TUESDAY, JULY 13, 2021 10:00 AM  TELEPHONIC HRGS
**Bankruptcy Judge:** EDDWARD P. BALLINGER JR.
**Courtroom Clerk:** ANNETTE FRANCHELLO
**Reporter / ECR:** WESLEY STANGRET

## Matters:

1) MOTION TO DISMISS OR CONVERT CASE UNDER 11 U.S.C. § 1307 FILED BY NEW HORIZONS 401K PROFIT SHARING PLAN, BRAD GILBERTSON, TRUSTEE
   **R / M #:** 172 / 0

2) DEBTOR'S OBJECTION TO NEW HORIZON'S PROOF OF CLAIM 5-1 AS AMENDED
   **R / M #:** 52 / 0

3) NEW HORIZONS NOTICE OF DEFAULT AND DEBTOR'S OBJECTION THERETO
   **R / M #:** 171 / 0

## Appearances:

ROSS MUMME, ATTORNEY FOR EDWARD J. MANEY, TRUSTEE
SCOTT W. HYDER, ATTORNEY FOR SUSAN SIMPSON
SUSAN SIMPSON, DEBTOR
DON FLETCHER, ATTORNEY FOR NEW HORIZONS 401K PROFIT SHARING PLAN
BRAD GILBERTSON, CREDITOR
LEONARD J. MCDONALD, ATTORNEY FOR JPMORGAN CHASE BANK, N.A.

# Minute Entry

(continue)... 2:20-BK-02088-EPB          TUESDAY, JULY 13, 2021 10:00 AM

## *Proceedings:*

ITEMS #1 - #3

The Court questions whether Ms. Simpson has obtained the additional contracts.

Mr. Hyder states that the Debtor has not. He further states that he and Mr. Fletcher have agreed to a two week continuance. He informs the Court and parties that he intends to file an amended plan to sell the house. He would like to get the property listed and sold within 90 days to get out of the Chapter 13. He would like to discuss a resolution with Mr. Fletcher as to how much the lender is owed which he believes is the only issue to be resolved. He states that his client has a forbearance with Chase through October and will file the letter he received.

The Court agrees that the key is to determine the amount of New Horizons debt. The Court calls for any objections to a two week continuance.

Mr. Fletcher has no objection to a continuance.

Mr. McDonald has no objection but notes that he was not aware of the forbearance extension. He has yet to see the letter.

Mr. Hyder will email the letter to Mr. McDonald and will file a notice on the docket.


COURT: IT IS ORDERED continuing this hearing to July 27, 2021 at 11:00 a.m.