Scott W. Hyder (AZ Bar No. 017282)
**LAW OFFICE OF SCOTT W. HYDER PLC**
3420 East Shea Blvd., Ste. 200
Phoenix, Arizona 85028
Phone: (602) 923-7370
Fax: (602) 795-6010
E-mail: shyder@scotthyderlaw.com
Attorney for Susan Simpson

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | CHAPTER 13 |
|---|---|
| SUSAN SIMPSON, | Case No. 2:20-bk-2088-EPB |
| Debtor | **DISCLOSURE OF COMPENSATION FOR ATTORNEY OF DEBTOR** |

Pursuant to *11 U.S.C. § 329(a)* and *Fed. R. Bankr. P. 2016(b)*, I, Scott W. Hyder, hereby declare as follows:

1. On June 14, 2021, Law Office of Scott W. Hyder PLC (the "**Firm**") entered into an engagement agreement with Debtor Susan Simpson ("**Debtor**") for services to be rendered in connection with the above-captioned bankruptcy proceeding (the "**Case**").

2. On June 14, 2021, the Firm also entered into a personal guaranty agreement with Susan Cox for payment of attorney fees and costs incurred in connection with the Firm's representation of Debtor. Ms. Cox wrote a check to the Firm for $5,000 as security for payment of Debtor's legal fees and costs, which was deposited in the Firm's IOLTA account (the "**Security for Payment of Legal Fees**").

3. The aforementioned agreements allow the Firm to bill $335/hour for services rendered in the Case.

4. Under the terms of the engagement agreement between the Firm and Debtor, the Firm reserves the right to file an application for the payment of any and all attorney fees and costs as an administrative expense from the bankruptcy estate.

5. The Security for Payment of Legal Fees will be used to pay for any of the Firm's legal fees and costs that are not timely paid in full as an administrative expense through the Plan or by Debtor. Any portion of the Security for Payment of Legal Fees remaining after all the Firm's fees and costs have been paid in full will be returned to Ms. Cox once the Firm has completed all of its work for Debtor.

6. To date, no money has been paid to the Firm other than the Security for Payment of Legal Fees.

7. In return for the above-disclosed fee, I have agreed to render legal service for the following work only:

    a. Analysis of Debtor's financial situation, and rendering advice to Debtor in connection with her bankruptcy;

    b. Preparation and filing of all pleadings and amended plans, along with any amendments to Debtor's Schedules and Statements if necessary;

    c. Advising Debtor with respect to the sale of her primary residence; and

    d. Representation of Debtor at any hearing related to the bankruptcy.

8. The above-disclosed fee **does not include** any scope of services not listed above, including without limitation:

    a. Representation of Debtor in any adversarial proceedings, including without limitation non-dischargeability actions, declaratory actions, preference actions, and fraudulent transfer actions; and

    b. Representation of Debtor in any conversion of this Chapter 13 bankruptcy case to another Chapter under the Bankruptcy Code.

9. Other than as set forth above, no promises have been made to the Firm or to any member or associate thereof as to compensation other than in accordance with the provisions of

the Bankruptcy Code. The Firm has no agreement with any other entity to share any compensation it receives in connection with this Case.

10. No agreement that *18 U.S.C. § 155* prohibits has been made.

**RESPECTFULLY SUBMITTED** this 6th day of August, 2021.

**LAW OFFICE OF SCOTT W. HYDER, PLC**

By: /s/ Scott W. Hyder, AZ Bar No. 017282
Scott W. Hyder
Attorney for Debtor

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Clerk of the Court this 6th day of August, 2021 via ECF and that a copy of the foregoing was served via receipt of the Notice of Electronic Filing pursuant to Local Rule 9076-1 and via electronic mail, addressed to the following party:

Elizabeth C. Amorosi
Office of the United States Trustee
230 North First Avenue, Ste. 204
Phoenix, Arizona 85003-1706
Sent via email only:
Elizabeth.C.Amorosi@usdoj.gov

Ross Mumme
Attorney for Edward J. Maney, Chapter 13 Trustee
101 North First Avenue, Ste. 1775
Phoenix, Arizona 85003
Sent via email only:
rmumme@maney13trustee.com

/s/ Scott W. Hyder

3