# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### Hearing Information:

**Debtor:** SUSAN SIMPSON
**Case Number:** 2:20-BK-02088-EPB  **Chapter:** 13
**Date / Time / Room:** TUESDAY, AUGUST 24, 2021 01:30 PM  TELEPHONIC HRGS
**Bankruptcy Judge:** EDDWARD P. BALLINGER JR.
**Courtroom Clerk:** ANNETTE FRANCHELLO
**Reporter / ECR:** WESLEY STANGRET

### Matters:

1) CONTINUED HEARING ON MOTION TO DISMISS OR CONVERT CASE UNDER 11 U.S.C. § 1307 FILED BY NEW HORIZONS 401K PROFIT SHARING PLAN, BRAD GILBERTSON, TRUSTEE
   R / M #:  172 / 0

2) CONTINUED HEARING ON DEBTOR'S OBJECTION TO NEW HORIZON'S PROOF OF CLAIM 5-1 AS AMENDED
   R / M #:  52 / 0

3) CONTINUED HEARING ON NEW HORIZONS NOTICE OF DEFAULT AND DEBTOR'S OBJECTION THERETO
   R / M #:  171 / 0

### Appearances:

SCOTT W. HYDER, ATTORNEY FOR SUSAN SIMPSON
SUSAN SIMPSON, DEBTOR
DON C. FLETCHER, ATTORNEY FOR NEW HORIZONS 401K PROFIT SHARING PLAN
LEONARD MCDONALD, ATTORNEY FOR JPMORGAN CHASE BANK, N.A.

### Proceedings:

ITEMS #1-#3

Mr. Hyder states that he is waiting to get final approval of the revised motion for sale from Mr. Fletcher. Once received, he will file it and upload an order further noting that the trustee has approved it. He states that his client has a contract with a closing at the end of September.

Mr. Fletcher states that he has no further objections or comments. He has reviewed the red line. He appreciates the Court setting this hearing.

The Court questions whether the parties need another hearing.

Mr. Hyder does not see a need but does not mind either way.

Mr. Fletcher suggests a hearing in mid-October in the event the house is not sold.

COURT:  IT IS ORDERED continuing this hearing to November 2, 2021 at 10:00 a.m.