SO ORDERED.

Dated: September 1, 2021

Eddward P. Ballinger Jr., Bankruptcy Judge
_____

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **In re** | **In Proceedings Under Chapter 13** |
| **SUSAN SIMPSON,** | **No. 2:20-bk-02088 EPB** |
| **Debtor.** | **ORDER FOR PAYMENT OF ADMINISTRATIVE EXPENSE AS AMENDED BY THE COURT** |

The Court makes the following findings of regarding Attorney Gary Stickell's

Application for payment of Administrative Expense in the sum of $2,500,

1.  The Fifth Amended Chapter 13 Plan and Application for Payment of

Administrative Expenses was filed on March ~~26~~ **25,** 2021 at Docket #~~153,~~ **152,**

2.  The time for filing objection to that Application having expired, and there was~~e~~

no timely objection to the Application for Payment of Administrative Expenses,

3.  Gary R. Stickell agreed to receive a flat fee of $4,500 for representation of the

Debtor, of which $2,000  was paid prior to Gary R. Stickell's representation of Debtor;

this leaves an unpaid balance of $2,500 to be paid to Gary R. Stickell.

IT IS ORDERED that the Trustee is to pay the balance of allowed administrative

expenses to Gary R. Stickell in the amount of $ 2,500., **provided funds are available, that such payment does not prejudice other administrative claims of the estate, and is not applicable to wages held by the Trustee upon the dismissal of this case or its conversion to** ORDER SIGNED ABOVE **Chapter 7.**