UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | CHAPTER 13 |
|---|---|
| SUSAN SIMPSON, | Case No. 2:20-bk-02088-EPB |
| Debtor | **ORDER ON MOTION FOR EXPEDITED HEARING ON AMOUNTS DUE UNDER ORDER TO SELL REAL PROPERTY** |

This matter having come before the Court on Movant's MOTION FOR EXPEDITED HEARING ON AMOUNTS DUE UNDER ORDER TO SELL REAL PROPERTY [DE #210] (the "Motion") pursuant to *Local R. Bankr. P. 9013-1(h)*, and good cause appearing:

IT IS HEREBY ORDERED that the Motion is granted and the Court will conduct a hearing on the Motion on _____ before the Honorable Eddward P. Ballinger, Jr., United States Bankruptcy Judge.

IT IS FURTHER ORDERED THAT the aforementioned hearing will be held telephonically. Any interested party is to appear via telephone by calling (877) 810-9415. The access code is 1064631.

IT IS FURTHER ORDERED that Movant's counsel shall provide immediate notice of this Order to counsel for the trustee and counsel for New Horizons 401(k) Profit Sharing Plan FBO Brad Gilbertson.

**DATED AND SIGNED ABOVE**