Scott W. Hyder (AZ Bar No. 017282)
**LAW OFFICE OF SCOTT W. HYDER PLC**
3420 East Shea Blvd., Ste. 200
Phoenix, Arizona 85028
Phone: (602) 923-7370
Fax: (602) 795-6010
E-mail: shyder@scotthyderlaw.com
Attorney for Debtor Susan Simpson

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SUSAN SIMPSON,<br><br>        Debtor | CHAPTER 13<br><br>Case No. 2:20-bk-02088-EPB<br><br>**NOTICE OF TELEPHONIC HEARING ON MOTION FOR EXPEDITED HEARING ON AMOUNTS DUE UNDER ORDER TO SELL REAL PROPERTY [DE #210]**<br><br>Date: 10/1/2021<br>Time: 10:00 a.m.<br>Telephone Number: (877) 810-9415<br>Access Code: 1064631 |

      NOTICE IS HEREBY GIVEN that on September 29, 2021, Debtor Susan Simpson filed a Motion for Expedited Hearing on Amounts Due Under Order to Sell Real Property [DE #210] (the "Motion"). Objection to Chapter 13 Plan and Motion to Dismiss [DE #23] ("Motion").

      NOTICE IS FURTHER GIVEN that a hearing on the Motion will be held before the Honorable Eddward P. Ballinger, Jr., United States Bankruptcy Judge, on **Friday, October 1, 2021 at 10:00 a.m.**

      NOTICE IS FURTHER GIVEN that the aforementioned hearing will be held telephonically. Any interested party is to appear via telephone by calling (877) 810-9415. The access code is 1064631

**RESPECTFULLY SUBMITTED** this 29th day of September, 2021.

**LAW OFFICE OF SCOTT W. HYDER, PLC**

By: /s/ Scott W. Hyder, AZ Bar No. 017282
Scott W. Hyder

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Clerk of the Court this 29th day of September, 2021 via ECF and that a copy of the foregoing was served via receipt of the Notice of Electronic Filing pursuant to Local Rule 9076-1 and via electronic mail and fax to the following parties:

| | |
|---|---|
| Don C. Fletcher, Esq.<br>Lake and Cobb, PLC<br>1095 West Rio Salado Parkway, Suite 206<br>Tempe, Arizona 85281<br>Attorney for Creditor New Horizons<br>401(k) Profit Sharing Plan<br>dfletcher@lakeandcobb.com<br>Fax No. (602) 523-3001 | Ross Mumme<br>Counsel Chapter 13 Trustee Edward J. Maney<br>101 North First Avenue, Ste. 1775<br>Phoenix, Arizona 85003<br>rmumme@maney13trustee.com<br>Fax No. (602) 277-4103 |

Elizabeth C. Amorosi
Office of the United States Trustee
230 North First Avenue, Ste. 204
Phoenix, Arizona 85003-1706
Elizabeth.C.Amorosi@usdoj.gov
Fax No. (602) 514-7270


/s/ Scott W. Hyder