Mark Brnovich
Attorney General
Firm State Bar No. 14000

Matthew A. Silverman (#018919)
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7774
Facsimile: (602) 542-4273
Email: Matthew.Silverman@azag.gov
Attorney for the State of Arizona
 *ex rel.* Arizona Department of Revenue

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| SUSAN SIMPSON,<br>SSN: XXX-XX-1344<br>                   Debtor. | Case No. 2:20-bk-02088-EPB<br><br>**NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF ORIGINAL CHAPTER 13 PLAN**<br><br>Docket No. 37 |

The State of Arizona *ex rel.* Arizona Department of Revenue, by and through its undersigned attorney, hereby withdraws, without prejudice, its *Objection to Confirmation of Original Chapter 13 Plan* filed on May 13, 2020.

/ / /

/ / /

/ / /

/ / /

BCE20-00874

#R4U8C59S0ER0AWv1

RESPECTFULLY SUBMITTED this 10TH day of November, 2021.

MARK BRNOVICH
Attorney General

_____
Matthew A. Silverman
Assistant Attorney General
Attorney for the State of Arizona
 *ex rel.* Arizona Department of Revenue

ORIGINAL of the foregoing filed electronically this 10th day of November, 2021 via ECF with:

United States Bankruptcy Court
District of Arizona

COPY of the foregoing sent by U.S. Mail or by email* this 10th day of November, 2021 to:

Scott W. Hyder*
Law Office of Scott W Hyder, PLC
3420 East Shea Blvd., Suite 200
Phoenix, AZ 85028
Shyder@scotthyderlaw.com
*Attorney for Debtor*

Edward J. Maney*
101 N. First Ave, Suite 1775
Phoenix, AZ 85003
service@maney13trustee.com
*Chapter 13 Trustee*

_____
Michelle Schlosser

2