# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** SUSAN SIMPSON
**Case Number:** 2:20-BK-02088-EPB  **Chapter:** 13
**Date / Time / Room:** TUESDAY, NOVEMBER 02, 2021 10:00 AM  TELEPHONIC HRGS
**Bankruptcy Judge:** EDDWARD P. BALLINGER JR.
**Courtroom Clerk:** PRISCILLA GALBAN
**Reporter / ECR:** WESLEY STANGRET

## Matters:

1) CONTINUED HEARING ON MOTION TO DISMISS OR CONVERT CASE UNDER 11 U.S.C. § 1307 FILED BY NEW HORIZONS 401K PROFIT SHARING PLAN, BRAD GILBERTSON, TRUSTEE
   R / M #: 172 / 0

2) CONTINUED HEARING ON DEBTOR'S OBJECTION TO NEW HORIZON'S PROOF OF CLAIM 5-1 AS AMENDED
   R / M #: 52 / 0

3) CONTINUED HEARING ON NEW HORIZONS NOTICE OF DEFAULT AND DEBTOR'S OBJECTION THERETO
   R / M #: 171 / 0

## Appearances:

SCOTT W. HYDER, ATTORNEY FOR SUSAN SIMPSON,
SUSAN SIMPSON, DEBTOR
DON C. FLETCHER, ATTORNEY FOR NEW HORIZONS 401K PROFIT SHARING PLAN
LEONARD MCDONALD, ATTORNEY FOR CHASE BANK

## Proceedings:

ITEM # 1 CONTINUED HEARING ON MOTION TO DISMISS OR CONVERT CASE UNDER 11 U.S.C. § 1307 FILED BY NEW HORIZONS 401K PROFIT SHARING PLAN, BRAD GILBERTSON, TRUSTEE
ITEM # 2 CONTINUED HEARING ON DEBTOR'S OBJECTION TO NEW HORIZON'S PROOF OF CLAIM 5-1 AS AMENDED
ITEM # 3 CONTINUED HEARING ON NEW HORIZONS NOTICE OF DEFAULT AND DEBTOR'S OBJECTION THERETO

Mr. Fletcher states that the hearing was originally set for any potential issues regarding the sale. He confirms that the sale of the home closed and New Horizons is concluded.

Mr. Hyder agrees with Mr. Fletcher. He states that a stipulated order confirming the plan will be sent to the Trustee and he will be lodging an application for attorney fees.

Mr. Mcdonald responds he has nothing to add.

COURT: IT IS ORDERED THESE THREE MATTERS ARE RESOLVED.