| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF ARIZONA | |
|---|---|
| Name of Debtor(s) listed on the bankruptcy case<br>In re:<br><br>SUSAN SIMPSON | CASE NO.: 2:20-bk-02088-EPB |
| | **DEBTOR CHANGE OF ADDRESS** |

1. This change of address is requested by :   ☒ Debtor   ☐ Joint-Debtor

2. **Old Address:**
   Name(s): Susan Simpson
   Mailing Address: 5320 E. Thunder Hawk Road
   City, State, Zip Code: Cave Creek, AZ 85331

3. **New Address:**
   Mailing Address: 623 E. Piping Rock Road
   City, State, Zip Code: Phoenix, AZ  85022

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number_____

   Joint Debtor's DeBN account number_____

Date: 11/19/2021

Scott W. Hyder
Requestor's printed name(s)

/s/ Scott W. Hyder
Requestor's signature(s)

Attorney for Debtor
Title (if applicable, of corporate officer, partner, or agent)

This form has been approved for use by the United States Bankruptcy Court for the District of Arizona.

Sept 2019                                                                                                                                 CHANGE OF ADDRESS

Case 2:20-bk-02088-EPB   Doc 225   Filed 11/26/21   Entered 11/26/21 17:21:28   Desc
Main Document    Page 1 of 1